# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAJAR MUHAMMAD, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MATRIX MEDICAL NETWORK, | : | No. 20-2244 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **27th** day of **September 2021**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response, Defendant's reply, and for the reasons provided in this Court's Memorandum dated September 27, 2021, it is **ORDERED** that:

1. The motion (Document No. 16) is **GRANTED**.

2. Judgment is entered in favor of Defendant and against Plaintiff on all claims.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.